1   JILL KASTNER (Bar No. 211363)
McDERMOTT WILL & EMERY
2   3150 Porter Drive
Palo Alto, CA 94304-1212
3   Telephone: 650-813-5000
jkastner@mwe.com
4
Attorneys for Defendant
5   THE GLOBAL COALITION TO END
HUMAN TRAFFICKING NOW
6
THOMAS EASTON, ESQ. (Bar No. 109218)
7   JONATHAN LEVY, ESQ. (Bar No. 158032)
Law Offices of Thomas Easton
8   2890 Emerald Street
Eugene, Oregon 97403
9   Telephone: 514-344-6111
tom.easton@comcast.net
10
Attorneys for Plaintiffs
11   PHILLIP J. KRONZER FOUNDATION FOR
RELIGIOUS RESEARCH and PHILLIP J.
12   KRONZER

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17   PHILLIP J. KRONZER FOUNDATION          CASE NO. C 05-02077 HRL
FOR RELIGIOUS RESEARCH and
18   PHILLIP J. KRONZER,

19              Plaintiffs,                 JOINT STIPULATION FOR AN
EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING
20        v.                               and Order

21   CHRISTINE DOLAN, THE GLOBAL
COALITION TO END HUMAN
22   TRAFFICKING NOW, and DOES 1-25,

23              Defendants.

24

25

26

27

28

1      Plaintiffs Phillip J. Kronzer Foundation for Religious Research and Phillip J.

2  Kronzer (collectively "Kronzer") and Defendant The Global Coalition to End Human

3  Trafficking NOW ("The Global Coalition"), by and through their undersigned attorneys,

4  hereby stipulate to an extension of time for The Global Coalition to Respond to Kronzer's

5  complaint in this matter.  In support of this joint stipulation, the parties state as follows:

6      1.    On Tuesday, May 24, 2005, Mr. Charles R. Black, Chairman of The Global

7  Coalition was served with the summons and complaint in this matter.

8      2.    On Thursday, June 9, 2005, The Global Coalition retained McDermott Will

9  & Emery LLP to represent it in this action.

10     3.    Pursuant to Federal Rule of Civil Procedure 12(a), The Global Coalition's

11  response to the compliant is due on Monday, June 13, 2005.

12     4.    Pursuant to Local Rule 6-1(a), the parties stipulate to extend the time for

13  which The Global Coalition has to respond to the complaint until June 30, 2005.

14     5.    This additional time is necessary for counsel for the Global Coalition to

15  determine the proper manner in which to respond to Kronzen's complaint.

16     6.    No previous modifications or extensions have time have been sought in this

17  case, and granting The Global Coalition's motion has no impact on any previously

18  scheduled docket entries.  The next court-scheduled event in this matter is filing of the

19  Case Management Statement, which is currently due by September 13, 2005.

20      WHEREFORE, Plaintiffs Phillip J. Kronzer Foundation for Religious Research

21  and Phillip J. Kronzer and Defendant The Global Coalition to End Human Trafficking

22  NOW respectfully request that this Court grant the relief requested herein and extend The

23  Global Coalition's time to respond to Plaintiffs' Complaint until June 30, 2005.

24

25

26

27

28

JOINT STIPULATION FOR EXTENSION OF 1      -2-      (No. C 00 2222 MMC)
TO FILE RESPONSIVE PLEADING

1

2   Dated:  June 10, 2005

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

McDERMOTT, WILL & EMERY


By:    /s/  Jill Kastner
       JILL KASTNER
       McDERMOTT, WILL & EMERY
       3150 Porter Drive
       Palo Alto, CA  94304-1212
       Telephone:   650-813-5000

       Attorneys for Defendant
       THE GLOBAL COALITION TO END
       HUMAN TRAFFICKING NOW


LAW OFFICES OF THOMAS EASTON


By:    _____
       THOMAS EASTON, ESQ. No. 109218
       JONATHAN LEVY, ESQ. No. 158032
       Law Offices of Thomas Easton
       2890 Emerald Street
       Eugene, Oregon  97403
       Telephone: 514-344-6111

       Attorneys for Plaintiffs
       PHILLIP J. KRONZER
       FOUNDATION FOR RELIGIOUS
       RESEARCH and
       PHILLIP J. KRONZER

1

## <u>ORDER</u>

2    On stipulation of the Parties and good cause appearing therefore,

3 IT IS ORDERED:

4    That the Parties' Stipulation to Extend the Time is hereby granted.  Defendant

5 The Global Coalition to End Human Trafficking NOW has until June 30, 2005 in which

6 to respond to the complaint of Plaintiffs Phillip J. Kronzer Foundation for Religious

7 Research and Phillip J. Kronzer.

8

9    6/13/05                              /s/ Howard R. Lloyd

10                                         Howard R. Lloyd
                                           United States Magistrate Judge
11                                         Northern District of California

12

MPK 92567-1.T05203.0011

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28