Christine Dolan
Defendant Pro Se
3421 Dent Place NW
Washington, DC 20007
(202)965-8919
dolanchristine@aol.com

Law Office of Thomas Easton
2890 Emerald Street
Eugene, Oregon 97403
Tel: (541)344-6111
Attorney for Plaintiffs
Phillip J. Kronzer Foundation
& Phillip J. Kronzer





## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP J. KRONZER FOUNDATION FOR RELIGIOUS RESEARCH and PHILLIP J. KRONZER,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE DOLAN, The Global Coalition to End Human Trafficking NOW, and DOES 1-25,<br><br>Defendants. | Case No. C 05-02077 ~~HRL~~ JF/<br><br>(~~PROPOSED~~) ORDER ON DEFENDANT DOLAN'S MOTION FOR E-FILING |

___

Upon Consideration of The Motion of Defendant Pro Se Christine Dolan for E-Filing with the Court, it is HEREBY ORDERED that Defendant Dolan's Motion is Granted.

DATED: 8/2/05

~~Howard R. Lloyd~~ Jeremy Fogel
United States ~~Magistrate~~ District Judge
Northern District of California