JILL KASTNER (Bar No. 211363)
McDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650-813-5000
jkastner@mwe.com

**E-filed 8/15/05**

Attorneys for Defendant
THE GLOBAL COALITION TO END
HUMAN TRAFFICKING NOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP J. KRONZER FOUNDATION FOR RELIGIOUS RESEARCH and PHILLIP J. KRONZER, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE DOLAN, THE GLOBAL COALITION TO END HUMAN TRAFFICKING NOW, and DOES 1-25, <br><br> Defendants. | CASE NO. C 05-02077 JF <br><br> STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 30, 2005 |

WHEREAS this Court has set the Case Management Conference in this case for September 23, 2005;

WHEREAS the defendants in this action have brought separate motions to dismiss which may be dispositive to this action;

WHEREAS the motions to dismiss will be heard on September 30, 2005;

WHEREAS the parties believe it will save time and resources of the parties and of this Court to have the case management conference and the hearings on the motions to dismiss heard on the same day;

STIPULATION                                                                                      (No. C 05 2077 JF)

1   THEREFORE, the parties hereby agree and so stipulate that the Case Management
2   Conference should be moved to September 30, 2005.

3   Dated: August 5, 2005                McDERMOTT, WILL & EMERY

6                                         By: /s/ Jill Kastner
                                              JILL KASTNER
                                              Attorneys for Defendant
7                                             THE GLOBAL COALITION TO END
                                              HUMAN TRAFFICKING NOW

9   Dated: August 5, 2005                CHRISTINE DOLAN

10                                        By:  /s/ Christine Dolan
                                               CHRISTINE DOLAN

12  Dated: August 5, 2005                LAW OFFICES OF THOMAS EASTON

14                                        By: /s/ Thomas Easton
                                              THOMAS EASTON
15                                            Attorneys for Plaintiffs
                                              PHILLIP J. KRONZER
                                              FOUNDATION FOR RELIGIOUS
16                                            RESEARCH and PHILLIP J.
                                              KRONZER,

19  MPK 95350-1.074085.0011

20
    IT IS SO ORDERED.
21
    8/15/05                               /s/electronic signature authorized
22                                        Judge Jeremy Fogel
                                          United States District Court

STIPULATION                              -2-                        (No. C 05 2077 JF)