E-FILED on     5/31/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP J. KRONZER FOUNDATION FOR RELIGIOUS RESEARCH and PHILLIP J. KRONZER,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE DOLAN, THE GLOBAL COALITION TO END HUMAN TRAFFICKING NOW, and DOES ONE THROUGH TWENTY-FIVE,<br><br>Defendants. | No. C-05-02077 RMW<br><br>ORDER TO SHOW CAUSE |

On October 31, 2005, this action was transferred to this court because the action was deemed related to a previous one before this court. Judge Jeremy Fogel had previously vacated all hearing dates in light of the likelihood of the related case transfer. Since the transfer, plaintiffs have not renoticed any motions or taken any action to prosecute this case. Plaintiffs are therefore ordered to show cause by July 3, 2006 by written filing, including a declaration explaining the failure to take any action, why this action should not be dismissed for failure to prosecute. If no satisfactory explanation is filed, the case will be dismissed.

DATED:     5/30/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-05-02077 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Jonathan Levy
Thomas Easton                tom.easton@comcast.net

**Counsel for Defendants:**

Jill M. Kastner              jkastner@mwe.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice will be mailed to:**

Christine Dolan (*pro se*)
3421 Dent Place, NW
Washington, DC 20007


**Dated:**  5/31/06                         /s/ JH
                                    **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE—No. C-05-02077 RMW
JAH                                              2