**E-FILED on**   7-11-06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP J. KRONZER FOUNDATION FOR RELIGIOUS RESEARCH and PHILLIP J. KRONZER,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHRISTINE DOLAN, THE GLOBAL COALITION TO END HUMAN TRAFFICKING NOW, and DOES ONE THROUGH TWENTY-FIVE,<br><br>        Defendants. | No. C-05-02077 RMW<br><br>ORDER DENYING APPLICATION FOR DEFAULT; DISCHARGING ORDER TO SHOW CAUSE; SETTING HEARING DATE FOR MOTIONS TO DISMISS; AND REMOVING CASE FROM ELECTRONIC FILING PROGRAM<br><br>**[Re Docket Nos. 69, 73, 74, 77]** |

      Plaintiffs Phillip J. Kronzer Foundation for Religious Research and Phillip J. Kronzer (collectively "Kronzer") filed this action against Christine Dolan and the Global Coalition to End Human Trafficking Now ("GCEHTN") on May 20, 2005. Each defendant filed a motion to dismiss. On October 20, 2005, the district court judge then presiding over the action vacated the hearing dates on the motions to dismiss and referred the case here for determination of whether it was related to another previously pending before this court, Case No. 04-01462.

      On October 31, 2005, this court determined that the present action was indeed related to the prior one. For five months, no party took any action. On May 31, 2006, this court ordered Kronzer

to show cause why this action should be not dismissed for failure to prosecute. In response, Kronzer filed a motion for default judgment against the defendants. In support of this motion, Kronzer stated:

> On October 31, 2005 Judge Whyte signed the Related Case Order and further ordered that any case management conference will be rescheduled by the Court and that any dates for hearing noticed motions are vacated and must be re-noticed by the moving party (Document 25 in case 5:04-cv-01462-RMW, and filed in the instant case as Document 68).

Docket no. 73 ¶ 14.

However, the order Kronzer refers to said no such thing;[1] it merely deemed the cases related and instructed that "future filings should have the initials *RMW* following the case number." Docket no. 68 at 2. There is no basis for holding defendants in contempt of an order of the court or to enter a default against them. Kronzer's application for entry of default is denied.

It appears from the parties' responses to the order to show cause that each side thought the other (or the court) had a duty to act. The court will accept that neither side believed it had a duty to act in response to this court's October 31, 2005 order. The order to show cause is therefore discharged.

GCEHTN states that its "motion to dismiss if [sic] fully briefed by the parties and is ripe for argument and/or decision." Docket no. 74 ¶ 10. Dolan requests a hearing date of July 21, 2006. Docket no. 77 ¶ 13. The motion appears fully briefed and will therefore be set for hearing on July 21, 2006 at 9 a.m.

The court previously granted Dolan's request to be allowed to use the court's electronic filing system. Now Dolan states that she "has no access to the efiling because she is not computer literate."[2] *Id.* ¶ 1. The court orders the case removed from the electronic filing program.

---

[1] Kronzer admitted in a subsequent filing that "Document 68 does not specifically order defendants to renotice their motions to dismiss." Docket no. 82 ¶ 7.

[2] Dolan's filing appears to have been typed on a word processor rather than a typewriter, and she lists her AOL e-mail address as part of her contact information. The court also finds incredible Dolan's assertions that she received neither the October 31, 2005 nor May 31, 2006 orders. *See* docket no. 77 ¶ 4. Each order indicates that court staff mailed it to Dolan at her present address of "3421 Dent Place, NW, Washington, DC 20007." *Compare* docket no. 68 at 3; docket no. 69 at 2 *with* docket no. 77 at 1. However, her receipt of those orders is not critical at this juncture.

ORDER DENYING APPLICATION FOR DEFAULT; DISCHARGING ORDER TO SHOW CAUSE; SETTING HEARING DATE FOR MOTIONS TO DISMISS; AND REMOVING CASE FROM ELECTRONIC FILING PROGRAM—No. C-05-02077 RMW JAH
2

**ORDER**

For the foregoing reasons, the court

    1. denies Kronzer's application for default;

    2. discharges the order to show cause;

    3. sets the defendants' motions to dismiss for hearing on July 21, 2006; and

    4. orders this case removed from the electronic filing program.

DATED: 7/10/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Jonathan Levy
Thomas Easton            tom.easton@comcast.net

**Counsel for Defendants:**

Jill M. Kastner            jkastner@mwe.com
Arturo Esteban Sandoval    asandoval@mwe.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**A copy will be mailed to:**

Christine Dolan (*pro se*)
3421 Dent Place, NW
Washington, DC 20007


**Dated:**   7-11-06            /s/ JH
                       **Chambers of Judge Whyte**

ORDER DENYING APPLICATION FOR DEFAULT; DISCHARGING ORDER TO SHOW CAUSE; SETTING HEARING DATE FOR MOTIONS TO DISMISS; AND REMOVING CASE FROM ELECTRONIC FILING PROGRAM—No. C-05-02077 RMW JAH
4