*E-filed on* 10/25/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP J. KRONZER FOUNDATION FOR RELIGIOUS RESEARCH and PHILLIP J. KRONZER,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE DOLAN, THE GLOBAL COALITION TO END HUMAN TRAFFICKING NOW, and DOES ONE THROUGH TWENTY-FIVE,<br><br>Defendants. | No. C-05-02077 RMW<br><br>ORDER DISMISSING CASE<br><br>**[Re Docket No. 89]** |

In an order dated August 2, 2006, the court dismissed the complaint filed by plaintiffs Phillip J. Kronzer and the Phillip J. Kronzer Foundation for Religious Research against defendants Christine Dolan and the Global Coalition to End Human Trafficking Now, though with leave to amend. No amended complaint was ever filed. The case is therefore dismissed in its entirety, and judgment will be entered accordingly.

DATED:    10/20/06

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-05-02077 RMW
JAH

1  **A copy of this order was mailed on _____ to:**

2  **Counsel for Plaintiffs:**

3  Jonathan Levy
Law Offices of Thomas Easton
4  2890 Emerald Street
Eugene, OR 97403

5

Thomas Easton
6  Law Office of Thomas Easton
967 Sunset Dr
7  Springfield, OR 97477

8  **Counsel for Defendants:**

9  Christine Dolan (*pro se*)
3421 Dent Place, NW
10  Washington, DC 20007

11  Arturo Esteban Sandoval; Jill M. Kastner
McDermott, Will & Emery
12  3150 Porter Drive
Palo Alto, CA 94304

13

14  Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DISMISSING CASE—No. C-05-02077 RMW
JAH                                           2